Form NDC

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | |
|---|---|
| In Re:    Zhao Bei Wu | Case No.: 26–40355 WJL 7 |
|         Debtor(s) | Chapter: 7 |

**ORDER AND NOTICE OF DISMISSAL**
**FOR FAILURE TO COMPLY**

    **Notice is hereby given** that the debtor(s) failed to comply with this court's order(s) or notice(s) below, filed on February 24, 2026. Therefore, it is ordered that this case be **dismissed**.

☐ Order Denying Debtor's Application for Waiver of the Chapter 7 Filing Fee

☐ Order Denying Application to Have Chapter 7 Filing Fee Waived and Pay Filing Fee in Full

☑ Order to File Required Documents and Notice of Automatic Dismissal

☐ Order and Notice Regarding Failure to Pay Filing Fee

☐ Notice of Failure to Provide Debtor(s) Social Security Number, Employer Identification Number and/or List of Creditors

☐ Order Granting the Application to Pay Filing Fee in Installments

☐ Other:

Dated: 3/11/26

                              By the Court:

                              William J. Lafferty
                              United States Bankruptcy Judge